## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR36 |
| | ) | |
| vs. | ) | |
| | ) | |
| SPENCER ALLEN SCOTT, | ) | ORDER |
| LEONARD HATTEN, JR., and DONAVAN | ) | |
| SHAW | ) | |
| | | |
| Defendants. | | |

This matter is before the court on the defendant Leonard Hatten, Jr.'s Unopposed Motion to Continue Trial [89].  Counsel for the defendant will be out of the district through August 19, 2021.  In addition, the government is still conducting DNA testing.  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [89] is granted, as follows:

1.    The jury trial, **for all defendants**, now set for August 16, 2021, is continued to **August 30, 2021.**

2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **August 30, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  June 17, 2021.**

BY THE COURT:


s/ Michael D. Nelson
**United States Magistrate Judge**