IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:20CR36 |
| vs. | ) ) ) | |
| SPENCER ALLEN SCOTT, LEONARD HATTEN, JR., and DONAVAN SHAW, | ) ) ) | ORDER |
| Defendants. | | |

This matter is before the court on the defendant, Donavan Shaw's Unopposed Amended Motion to Continue Trial [94]. Counsel needs additional time to meet with the defendant and review discovery in this matter. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [93] is denied as moot, and the Amended Motion to Continue Trial [94] is granted, as follows:

1. The jury trial, **for all defendants**, now set for August 30, 2021, is continued to **October 5, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **October 5, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: July 27, 2021.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge