# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR36 |
| vs. | ) | |
| SPENCER ALLEN SCOTT, LEONARD HATTEN, JR., and DONAVAN SHAW, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant, Spencer Allen Scott's unopposed Motion to Continue Trial [102]. Counsel needs additional time to review supplemental discovery, including digital evidence, and make arrangements to discuss the discovery with her client who is in custody in a facility located two hundred miles away from counsel's office. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [102] is granted, as follows:

1. The jury trial, **for all defendants**, now set for February 28, 2022, is continued to **June 20, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 20, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **February 24, 2022**. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:** February 17, 2022.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**