IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR36 |
| | ) | |
| vs. | ) | |
| | ) | |
| SPENCER ALLEN SCOTT, LEONARD HATTEN, JR., and DONAVAN SHAW, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendant, Leonard Hatten, Jr.'s Unopposed Motion to Continue Trial [139]. Counsel needs additional time to complete plea negotiations. Counsel for co-defendants Scott and Shaw have no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [139] is granted, as follows:

1. The jury trial, **for all defendants**, now set for January 23, 2023, is continued to **March 21, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 21, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** January 19, 2022.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**